UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| T.J. SUTTON ENTERPRISES, LLC | CIVIL ACTION |
| VERSUS | NO. 25-232 |
| CRSC, LLC | SECTION "H"(4) |

## NOTICE TO SHOW CAUSE

Plaintiff's Complaint was filed on February 3, 2025. A review of the record indicates that summons were issued to defendant, CRSC, LLC, but a return has not been filed, nor has an appearance been made on their behalf.

<u>Rule 4(m) of the Federal Rules of Civil Procedure provides:</u>
Time Limit For Service. If service of the summons and complaint is not made upon a defendant within 90 days after the filing of the complaint, the court upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Accordingly, **ON OR BEFORE <u>SEPTEMBER 11, 2025</u>**, Plaintiff's counsel shall file proof of service or show good cause, <u>in writing</u>, as to why this matter has not been properly joined. Failure to comply will result in the dismissal of this matter in its entirety, pursuant to Local Rule 41.3.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

Issued for the Court on August 11, 2025
By:  s/Gail Anderson, Case Manager